UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID BOONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:15-cv-00779-SEB-MJD |
| | ) |
| TOWN OF SHERIDAN, | ) |
| SHERIDAN POLICE DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendants and against Plaintiff.

Date: __8/16/2016__

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robert M. Oakley
DILLEY & OAKLEY PC
firm@dilley-oakley.com

Daniel Kyle Dilley
DILLEY & OAKLEY, P.C.
d.dilley@dilley-oakley.com

Eric M. Wilkins
HUNT SUEDHOFF KALAMAROS
ewilkins@hsk-law.com